entered January 28, 1922, which affirmed a determination of the Appellate Term affirming a judgment of the Municipal Court of the city of New York in favor of plaintiff. The action was to recover for the loss of hand baggage intrusted to a chauffeur in the employ of defendant and in charge of one of defendant's automobiles hired for the use of plaintiffs. The theory of the complaints was that the defendant was liable as a common carrier and bailee of the property.

*John S. Slattery* for appellant.

*William F. McDermott, Noah A. Stancliffe* and *John L. Farrell* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

COSMO FARQUHAR, Respondent, *v.* AMERICAN CODE COMPANY, INC., Appellant.

*Contract — master and servant — action to recover for breach of alleged contract of employment.*

*Farquhar v. American Code Co., Inc.,* 201 App. Div. 454, affirmed.

(Argued December 15, 1922; decided January 16, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 8, 1922, affirming a judgment in favor of plaintiff entered upon a verdict. The action was for the alleged wrongful discharge of the plaintiff as general sales manager of the defendant. The complaint alleged his employment under a written contract made in January, 1919, the due performance by him, and his discharge about four months thereafter. The answer denied due performance, and sets up various wrongful acts as justification for the discharge.

*George H. Gilman* for appellant.

*Eugene Newman* and *Myron Butler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.